IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHERRY J. WOFFORD          §
                          §
         Plaintiff,        §
                          §
VS.                        §          NO. 3-09-CV-0528-P
                          §
MICHAEL J. ASTRUE,         §
Commissioner of Social Security §
                          §
         Defendant.        §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge dated December 6, 2010, the

Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are

accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United

States Magistrate Judge are accepted.

**SO ORDERED** this 30th day of ~~January, 2011~~ December 2010.


JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE